IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

**JUDGMENT IN A CIVIL CASE**

Stephen Cordry d/b/a
Cordry Mobile Homes,

        Plaintiff,

    v.                                            Civil Action No. 03-3267-CV-S-JTM

Vanderbilt Mortgage & Finance, Inc.,

        Defendant,

__X__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED**:**

that [102] Defendant's Motion for summary judgment on each of Plaintiff's Claims and as to each of Defendant's Counterclaims filed on March 11, 2005 is granted and [105] Plaintiff's motion for summary judgment filed March 11, 2005 is denied.

IT IS FURTHER ORDERED:

that judgment is entered in favor of defendant Vanderbilt and against plaintiff Cordry on plaintiff's claims and in favor of defendant Vanderbilt and against plaintiff Cordry on Counts I, II, V, VI and VII of defendant Vanderbilt's counterclaim.

                                            Patricia L. Brune, Clerk

                                            /s/ Bonnie J. Rowland

Date: May 24, 2005                                Deputy Clerk