## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| STEPHEN CORDRY d/b/a ) | |
| CORDRY MOBILE HOMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 03-3267-CV-S-JTM |
| ) | |
| VANDERBILT MORTGAGE & ) | |
| FINANCE, INC., ) | |
| Defendant. ) | |

### ORDER

On May 24, 2005, the Court entered its Order (Doc. #148) granting summary judgment in favor of Defendants/Counter-Plaintiff Vanderbilt Mortgage & Finance, Inc., and 21st Mortgage Corporation on Counts I, II, V, VI, and VII of its counterclaim and ordering that judgment be entered in favor of Defendants/Counter-Plaintiff and against Plaintiff Cordry on Plaintiff's claims and in favor of Defendants/Counter-Plaintiff and against Plaintiff Cordry on Counts I, II, V, VI, and VII of Defendants/Counter-Plaintiff's counterclaim. On June 3, 2005, in lieu of proceeding to a bench trial on the issue of damages relating to Defendants/Counter-Plaintiff's counterclaims, the parties filed a Stipulation (Doc. #153-1) as to the amount of damages on such counterclaims and the procedure for fees under Rule 54(d). In light of the parties' Stipulation (Doc. #153-1) as to the amount of damages due and owing to Defendants/Counter-Plaintiff as to Counts I, II, V, VI, and VII of the counterclaim, it is

1

**ORDERED** that judgment be entered in favor of Defendants/Counter-Plaintiff Vanderbilt Mortgage & Finance, Inc., and 21st Mortgage Corporation and against Plaintiff Stephen Cordry d/b/a Cordry Mobile Homes, in the amount of **Three Hundred Twenty-Two Thousand Ninety-Four Dollars and 12/100 ($322,094.12)**, inclusive of principal, accrued interest, and curtailments. It is further

**ORDERED** that plaintiff's motion for reconsideration of the Court's order granting summary judgment, filed June 3, 2005 (Doc. #148) is **DENIED**.

                                      */s/ John T. Maughmer*
                                      **John T. Maughmer**
                                      **Chief United States Magistrate Judge**