# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

---

**AMENDED JUDGMENT IN A CIVIL CASE**

STEPHEN CORDRY d/b/a CORDRY
MOBILE HOMES,
       Plaintiff,

      **V.**                            Case No.  03-3267-CV-S-JTM

VANDERBILT MORTGAGE &
FINANCE, INC.,

       Defendant

☐    **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

■    **DECISION OF THE COURT**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED**:           (Order dated May 24, 2005)

that [102] Defendant's Motion for summary judgment on each of Plaintiff's Claims and as to each of Defendant's Counterclaims filed on March 11, 2005 is granted and [105] Plaintiff's motion for summary judgment filed March 11, 2005 is denied.

    **IT IS FURTHER ORDERED**:

that judgment is entered in favor of defendant Vanderbilt and against plaintiff Cordry on plaintiff's claims and in favor of defendant Vanderbilt and against plaintiff Cordry on Counts I, II, V, VI and VII of defendant Vanderbilt's counterclaim.

**IT IS FURTHER ORDERED**: (Order dated May 31, 2005)

that consistent with the representations made by counsel for defendant during the pretrial conference, Counts III and IV of defendant's counterclaim are dismissed as moot.

**IT IS ORDERED**: (Order dated June 30, 2005)

That judgment be entered in favor of Defendants/Counter-Plaintiff Vanderbilt Mortgage & Finance, Inc., and 21st Mortgage Corporation and against Plaintiff Stephen Cordry d/b/a Cordry Mobile Homes, in the amount of Three Hundred Twenty-Two Ninety-Four Dollars and 12/100 ($322,094.12), inclusive of Principal, accrued interest and curtailments.

**IT IS FURTHER ORDERED**:

that plaintiff's motion for reconsideration of the Court's order (Doc. #148) granting summary judgment, filed June 3, 2005 is denied.

Entered on: June 30, 2005

P. L. BRUNE
CLERK OF COURT

/s/ *Bonnie Rowland*
(By) Deputy Clerk